**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 17 2014


MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 14-30020 |
| Plaintiff - Appellee, | D.C. No. 2:12-cr-00062-RSL |
| v. | |
| YOAN CAMPOS BORJORQUEZ, | MEMORANDUM* |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Western District of Washington
Robert S. Lasnik, District Judge, Presiding

Submitted December 9, 2014**

Before:    WALLACE, LEAVY, and BYBEE, Circuit Judges.

Yoan Campos Borjorquez appeals from the district court's judgment and

challenges his guilty-plea conviction and 120-month sentence for conspiracy to

distribute controlled substances, in violation of 21 U.S.C. §§ 841(a)(1),

841(b)(1)(A), and 846. Pursuant to *Anders v. California*, 386 U.S. 738 (1967),

---

        *    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

        **    The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

Borjorquez's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Borjorquez the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief as to Borjorquez's conviction. We accordingly affirm Borjorquez's conviction.

Borjorquez waived the right to appeal his sentence. Because the record discloses no arguable issue as to the validity of the sentencing waiver, we dismiss Borjorquez's appeal as to his sentence. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009).

We remand to the district court with instructions to correct the judgment to reflect that Borjorquez was convicted of violating 21 U.S.C. § 846.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED in part; DISMISSED in part; REMANDED to correct the judgment.**